# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SUNWORKS, INC., *et al.*,[1]<br><br>        Debtors. | Chapter 7<br><br>Case No. 24-10215 (LSS)<br><br>(Jointly Administered) |
| JEOFFREY L. BURTCH, CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATES OF SUNWORKS, INC., *et al.*,<br><br>        Plaintiff,<br>    v.<br><br>PAPE' MATERIAL HANDLING, INC.,<br><br>        Defendant. | Adv. Pro. No. 26-50044 (LSS) |

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
## IN AN ADVERSARY PROCEEDING

**YOU ARE SUMMONED** and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

| | |
|---|---|
| **Address of Clerk:** | United States Bankruptcy Court<br>District of Delaware<br>824 Market Street<br>3rd Floor<br>Wilmington, DE 19801 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's following attorneys.

| | |
|---|---|
| **Name and Address of Plaintiff's Attorney:** | Mark E. Felger, Esquire<br>Simon E. Fraser, Esquire<br>Cozen O'Connor<br>1201 North Market Street, Suite 1001<br>Wilmington, DE  19801<br>302-295-2000 |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

---

[1] The Debtors in these cases are the following entities (the case number for each estate follows in parentheses): Sunworks, Inc. (24-10215 LSS); Solcius, LLC (24-10216 LSS); Commercial Solar Energy, Inc. (24- 10217 LSS); and Sunworks United, Inc. (24-10218 LSS).

**YOU ARE NOTIFIED** that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| **Address:**<br>United States Bankruptcy Court<br>District of Delaware<br>824 Market Street<br>Wilmington, DE 19801 | **Room:**<br>6th Floor Courtroom No. 2 |
|---|---|
| | **Date and Time:**<br>June 4, 2026 at 9:30 a.m. (ET) |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

*/s/ Stephen L. Grant, Sr.*
Clerk of the Bankruptcy Court

**United States Bankruptcy
Court for the District
of Delaware**

Dated:   February 19, 2026