IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> SUNWORKS, INC., *et al.*,[1] <br><br>           Debtors. | Chapter 7 <br><br> Case No. 24-10215 (LSS) <br><br> (Jointly Administered) |
| JEOFFREY L. BURTCH, CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATES OF SUNWORKS, INC., *et al.*, <br><br>           Plaintiff, <br>        v. <br><br> PAPE' MATERIAL HANDLING, INC., <br><br>           Defendant. | <br><br><br><br><br> Adv. Pro. No. 26-50044 (LSS) |

## CERTIFICATE OF SERVICE

I, Simon E. Fraser, certify that I am, and at all times during the service of process was, not less than eighteen (18) years of age and not a party to the matter concerning which service of process was made. I further certify that service of the Summons, the Notice of Dispute Resolution Alternatives, and the Complaint was made on Thursday, February 19, 2026 by U.S. First Class Mail, postage pre-paid, addressed to:

    Pape' Material Handling, Inc.
    c/o Seth L. Smythe, Registered Agent
    355 Goodpasture Island Road
    Eugene, OR  97401

---

[1] The Debtors in these cases are the following entities (the case number for each estate follows in parentheses): Sunworks, Inc. (24-10215 LSS); Solcius, LLC (24-10216 LSS); Commercial Solar Energy, Inc. (24- 10217 LSS); and Sunworks United, Inc. (24-10218 LSS).

Under penalty of perjury I declare that the foregoing is true and correct.

|  |  |
|---|---|
|  | **COZEN O'CONNOR** |
| Dated: February 19, 2026 | */s/ Simon E. Fraser* |
|  | Mark E. Felger (#3919) |
|  | Simon E. Fraser (#5335) |
|  | 1201 N. Market Street, Suite 1001 |
|  | Wilmington, DE 19801 |
|  | (302) 295-2000 |
|  | mfelger@cozen.com |
|  | sfraser@cozen.com |
|  | |
|  | *Counsel to Jeoffrey L. Burtch,* |
|  | *Chapter 7 Trustee for the Estates of* |
|  | *Sunworks, Inc., et al.* |